IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **Mike O. Salazar, An Individual,** <br> on behalf of himself and on <br> behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> **Bloomin' Brands, Inc.;** <br> **OSI Restaurant Partners, LLC;** <br> **Outback Steakhouse of Florida, LLC;** <br> **and OS Restaurant Services, LLC,** <br> f/k/a OS Restaurant Services, Inc. <br> (all doing business as <br> Outback Steakhouse #4425), <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:17-cv-40 |

### JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Plaintiff MIKE O. SALAZAR ("Plaintiff") and Defendants BLOOMIN' BRANDS, INC.; OSI RESTAURANT PARTNERS, LLC; OUTBACK STEAKHOUSE OF FLORIDA, LLC; and OS RESTAURANT SERVICES, LLC ("Defendants") (collectively "the Parties"), jointly file this notice of settlement and stipulation of dismissal with prejudice of all Plaintiff's claims.

On May 15, 2018, the Court approved a settlement of Plaintiff's Fifth Federal Claim for Relief [Dkt No. 71], and that claim was dismissed with prejudice pursuant to the Parties' joint stipulation of dismissal [Dkt No. 65].

The Parties hereby notify the Court that the Parties have settled the remaining claims pending in this lawsuit, and no issues remain to be resolved. The Parties stipulate to the dismissal

with prejudice of all Plaintiff's claims for relief, with each party to bear its own costs and attorney fees.

Dated this 6th day of August, 2018.

/s/ Mynor "Eddie" Rodriguez
_____
Mynor "Eddie" Rodriguez
Attorney in Charge
State Bar No. 24037381
S.D. Bar No. 119822
LAW OFFICE OF MYNOR E. RODRIGUEZ P.C.
1300 McGowen, Suite 280
Houston, TX 77004
(832) 779-1081 (Office)
(832) 553-7420 (Facsimile)
mrodriguez@rodrigueztrialfirm.com
ATTORNEY FOR PLAINTIFF

/s/Kevin D. Johnson
_____
Kevin D. Johnson*
Attorney in Charge
State Bar No. 0013749
Christopher C. Johnson*
State Bar No. 0105262
JOHNSON JACKSON LLC
100 N. Tampa St., Suite 2310
Tampa, FL 33602
(813) 580-8400 (Office)
(813) 580-8407 (Facsimile)
kjohnson@johnsonjackson.com
cjohnson@johnsonjackson.com

Jay R. Aldis
State Bar No. 00785656
S.D. Bar No. 16956
BRACEWELL LLP
711 Louisiana St., Suite 2300
Houston, TX 77002
(713) 221-1181 (Office)
jay.aldis@bracewell.com
alice.liu@bracewell.com
*admitted pro hac vice
ATTORNEYS FOR DEFENDANT