United States District Court
Southern District of Texas
**ENTERED**
August 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MIKE O SALAZAR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-00040 |
| § | |
| BLOOMIN' BRANDS, INC., *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court is in receipt of Parties' August 6, 2018, Joint Notice of Settlement and Stipulation of Dismissal. Dkt. No. 73. The stipulation dismisses with prejudice this case, is "effective upon filing[,] and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)) (internal quotation marks omitted); *see also* FED. R. CIV. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

The Court hereby **DIRECTS** the Clerk of the Court to close this case.

SIGNED this 7th day of August, 2018.

_____
Hilda Tagle
Senior United States District Judge